UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED
JUN 16 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE  February 19, 2009  TERM, 09-1 | MINUTES OF COURT |
|---|---|
| | DATE:  June 16, 2010 @ 4:42 PM-4:45 PM |

PRESENT: The Honorable   George W. Foley, Jr.  , U.S. Magistrate Judge.

DEPUTY CLERK:   Denise Saavedra        REPORTER:   Joyce Dennehy

UNITED STATES ATTORNEY:   Daniel Schiess

A roll call of the Grand Jury is taken with **17** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| Case | Defendant | Type |
|---|---|---|
| 2:10-CR-0286 | KAREN TAPPERT | WARRANT |
| 2:10-CR-0287 | LANCE KELLOW | SUMMONS |
| | JASON KELLOW | SUMMONS |
| | VINSON KELLOW | WARRANT |
| 2:10-CR-0288 | CRAIG EMREY | SUMMONS |
| | PAMELA BLACK | SUMMONS |
| 2:10-CR-0289 | CURTIS BRILEY | WARRANT |
| | BRENDA JACKSON | WARRANT |
| 2:10-CR-0290 | RONALD DEAN UDY | WARRANT |
| | CAMERON UDY | SUMMONS |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:10-CR-287 (LANCE AND JASON KELLOW), 2:10-CR-288 (BOTH DEFENDANTS), 2:10-CR-290 (CAMERON UDY)** will be held on **FRIDAY, JULY 2, 2010 @ 8:30am** before **MAGISTRATE GEORGE W. FOLEY, JR. in courtroom 3A**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case(s) will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk

United States District Court

/s/ Denise Saavedra
Deputy Clerk