# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00286-PMP-GWF |
| vs. ) | **ORDER** |
| KAREN TAPPERT, ) | |
| Defendant. ) | |

On January 24, 2010, the Court held a hearing on Defendant Karen Tappert's Motion for Appointment of New Counsel (#27), filed January 13, 2011. During a sealed discussion of the matter, Defendant requested that her Motion to Dismiss (#26), Motion for Appointment of New Counsel (#27) and Amended Motion to Dismiss (#28), all of which were filed *ex parte*, be sealed as the contents arguably include attorney-client communications. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall **seal** Defendant's Motion to Dismiss (#26), Motion for Appointment of New Counsel (#27) and Amended Motion to Dismiss (#28).

Dated this 24th day of January, 2011.

_____
George Foley, Jr.
United States Magistrate Judge