**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAREN TAPPERT, ) <br> ) <br> Defendant. ) <br> ) | 2:10-CR-00286-PMP-GWF <br><br> ORDER |

On January 24, 2011, this Court granted Defendant Karen Tappert's Motion of Immediate Appointment of New Counsel (doc. 27) in place of the Federal Public Defender.

Accordingly, IT IS HEREBY ORDERED that Osvaldo E, Fumo, Esq. is APPOINTED as counsel for Karen Tappert in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Ms. Hernandez forthwith.

DATED this 24th day of January, 2011

_____
George W. Foley
UNITED STATES MAGISTRATE JUDGE