Karen Tappert #45097848
NSDC
2190 E. Mesquite Ave.
Pahrump, NV 89060

United States District Court
Office of Clerk
Federal Building & US Courthouse
333 South Las Vegas Blvd.
Las Vegas, NV 89101

2011 JAN 25 P 12:27

RE: Case 2:10 cr 286 PMP-PAL

Dear Court Clerk,

Please tell me who is the attorney of record on the above named case.

Please also inform me of my next court appearance.

Your earliest response will be greatly appreciated.

Respectfully,
Karen Tappert