# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:10-cr-00286-PMP-GWF |
| vs. ) | **ORDER** |
| KAREN TAPPERT, ) | |
| Defendant. ) | |

On January 25, 2010, Defendant Karen Tappert wrote a letter to the Court asking for information on her attorney of record. (#38). As Defendant is now represented by counsel, direct communication with the Court should be through her attorney. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall prepare a copy of the Court's January 24, 2011 Order (#37) and the docket sheet regarding case 2:10-cr-00286-PMP-GWF and send it to Defendant through her current counsel of record, Osvaldo E. Fumo.

Dated this 26th day of January, 2011.

_____
George Foley, Jr.
United States Magistrate Judge