KAREN TAPPERT #45097048
2190 E. Mesquite Road
Pahrump, Nevada 89060

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN TAPPERT ) | EXPARTE |
| ) | MOTION TO WITHDRAW- |
| Petitioner -Defendant ) | DISMISS AND SEAL |
| ) | ALL CONTENTS OF: |
| v. ) | Waiver of Counsel |
| ) | Letter Rogatory |
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:10-cr-286 PMP-PAL |
| Respondent -Plaintiff ) | |

On February 14, 2011 Letter Rogatory and Waiver of counsel was filed by unknown party. Documents were filed prior to further discussion regarding Defendants new counsel.

Waiver of Counsel and Letter Rogatory were filed in error.

Please order withdrawal and cancel hearing set for March 14, 2011. Also please seal Defendants Waiver of Counsel and Letter of Rogatory.

Defendant is happy with present counsel Fumo and wish to withdraw these letters and Waiver.

Defendant Appologizes to court for error.

Dated this 16th day of February, 2011.

Karen Tappert
Petitioner -Defendant
2190 E Mesquite
Pahrump, NV 89060