# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAREN TAPPERT, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-00286-PMP-GWF <br><br> **ORDER** |

Before this Court is Defendant's Motion to Withdraw - Dismiss and Seal All Contents of: Waiver of Counsel; Letter Rogatory (#48) filed February 22, 2011.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw - Dismiss and Seal All Contents of: Waiver of Counsel; Letter Rogatory (#48) is **granted.**   The Clerk of the Court shall **seal** Defendant's Motion to Proceed Pro Se (#42) and Letter (#43).

**IT IS FURTHER ORDERED** that Defendant's Motion to Proceed Pro Se (#42) is **withdrawn** and the hearing set for March 14, 2011 is **vacated**.

DATED this 24th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge