FILED

JUL 19 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-286-PMP (GWF) |
| KAREN TAPPERT, ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 19, 2011, defendant KAREN TAPPERT pled guilty to Counts One through Six of a Six-Count Criminal Indictment charging her in Counts One and Two with Mail Fraud, in violation of Title 18, United States Code, Section 1341; and in Counts Three through Six with Wire Fraud, in violation of Title 18, United States Code, Section 1343.

This Court finds defendant KAREN TAPPERT agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment, the Bill of Particulars, and in the Plea Memorandum. Docket #1, #49.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment, the Bill of Particulars, and in the Plea Memorandum and the offenses to which defendant KAREN TAPPERT pled guilty.

. . .

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A):

A. The assets seized from 24/7 Private Vaults, 3110 E. Sunset Road, Las Vegas, Nevada 89120 Vault #0055 on July 7, 2010:

a) $135,000.00 in United States Currency;

b) 2,525,000 Iraqi Dinars; and

c) Collectable Coins itemized as follows:

   i) Eighteen (18) Silver Dollars;

   ii) Three (3) Indian Head Pennies years 1901, 1903, and 1907; and

   iii) Two (2) Nickels years 1926 and 1937;

B. $11,657.95 in United States Currency seized from Karen L. Tappert on June 29, 2010, at the time of her arrest;

C. $8,500.00 in United States Currency turned over on September 29, 2010, to the Federal Bureau of Investigation by Anis Abi Zeid who was holding cash for Karen L. Tappert;

D. 2005 Black Mercedes Benz Coupe bearing California license plate 6LOV031, VIN WDBTK75JX5F132543 seized on September 16, 2010;

E. Three Netspend Debit Cards seized on September 22, 2010, itemized list as follows:

a) Netspend Account #6129295271;

b) Netspend Account #4266373211;

c) Netspend Account #7540449876;

F. $19,171.53 in United States Currency seized from Bank of America Account #26323-69598 in the name Panic Room Productions and Studios, signer: Janice McClinton, on December 6, 2010 ("property").

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.
3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.
5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   KAREN TAPPERT in the aforementioned property is forfeited and is vested in the United States
7   of America and shall be safely held by the United States of America until further order of the Court.
8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12  the name and contact information for the government attorney to be served with the petition,
13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
15  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18  following address at the time of filing:

19  Michael A. Humphreys
    Assistant United States Attorney
20  Daniel D. Hollingsworth
    Assistant United States Attorney
21  Nevada State Bar No. 1925
    Lloyd D. George United States Courthouse
22  333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
23  . . .
24  . . .
25  . . .
26  . . .

3

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3   following publication of notice of seizure and intent to administratively forfeit the above-described
4   property.

5   DATED this _19th_ day of _July_, 2011.

_____
UNITED STATES DISTRICT JUDGE