UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00286-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| KAREN TAPPERT, | |
| Defendants. | |

**IT IS ORDERED** that Defendant Tappert's Ex Parte Motion (Doc. #139) is **DENIED**. Defendant Tappert is represented by counsel in this criminal case. Therefore, Defendant Tappert should file all motions through counsel.

DATED: January 5, 2012.

_____
PHILIP M. PRO
United States District Judge