**FILED**

JAN 23 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  2:10-CR-286-PMP (GWF) |
| KAREN L. TAPPERT, | )<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On July 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A), based upon the plea of guilty by defendant KAREN L. TAPPERT to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and in the Bill of Particulars, and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant KAREN L. TAPPERT pled guilty. Docket #1, #49, #74, #75, #76.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 27, 2011, through August 25, 2011, notifying all third parties of their right to petition the Court. #82.

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,
9   Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code,
10  Section 853(n)(7) and shall be disposed of according to law:

    A.    The assets seized from 24/7 Private Vaults, 3110 E. Sunset Road, Las Vegas, Nevada 89120 Vault #0055 on July 7, 2010:

        a) $135,000.00 in United States Currency;

        b) 2,525,000 Iraqi Dinars; and

        c) Collectable Coins itemized as follows:

            i) Eighteen (18) Silver Dollars;

            ii) Three (3) Indian Head Pennies years 1901, 1903, and 1907; and

            iii) Two (2) Nickels years 1926 and 1937;

    B.    $11,657.95 in United States Currency seized from Karen L. Tappert on June 29, 2010, at the time of her arrest;

    C.    $8,500.00 in United States Currency turned over on September 29, 2010, to the Federal Bureau of Investigation by Anis Abi Zeid who was holding cash for Karen L. Tappert;

    D.    2005 Black Mercedes Benz Coupe bearing California license plate 6LOV031, VIN WDBTK75JX5F132543 seized on September 16, 2010;

. . .

1       E.      Three Netspend Debit Cards seized on September 22, 2010, itemized list as
2             follows:
3             a) Netspend Account #6129295271;
4             b) Netspend Account #4266373211;
5             c) Netspend Account #7540449876; and
6       F.      $19,171.53 in United States Currency seized from Bank of America
7             Account #26323-69598 in the name Panic Room Productions and
8             Studios, signer: Janice McClinton, on December 6, 2010.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___23rd___ day of ___Jan___, 2012.

_____
UNITED STATES DISTRICT JUDGE

3