1   DANIEL G. BOGDEN
    United States Attorney
2   MICHAEL A. HUMPHREYS
    Assistant United States Attorney
3   333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
4   Telephone: 702-388-6518
    Facsimile: 702-388-6787
5   michael.humphreys@usdoj.gov

6   Attorneys for the United States

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10                              * * *

11  UNITED STATES OF AMERICA,          )
                                       )
12                  Plaintiff,         )
                                       )
13          v.                         )          2:10-CR-286-PMP-(GWF)
                                       )
14  KAREN L. TAPPERT,                  )
                                       )
15                  Defendant.         )
                                       )
16                                     )
    _____)
17

18          **UNITED STATES AND ENTITLE INSURANCE**
            **COMPANY'S JOINT STIPULATION TO CONTINUE**
19          **THE HEARING SCHEDULED FOR JULY 25, 2013**

20          Comes Now the United States of America, by and through the United States

21  Attorney for the District of Nevada and the third-party claimant, Entitle Insurance

22  Company, by and through Alan Doran, proceeding *pro se,* and jointly stipulate and agree

23  to continue the hearing, currently set for Thursday July 25, 2013 at 9:30 a.m.  The parties

24  request an extension of the hearing date for thirty days, or until August 26, 2013.

25  . . .

26  . . .

For their grounds the parties jointly submit as follows:

1. The United States timely-filed its Motion to Dismiss Entitle's claim on July 22, 2013. The United States served its motion on Alan Doran, by means of express courier. Mr. Doran lives and works in Connecticut and, as of the date of this motion, has not received the motion to review.

2. Entitle Insurance, as represented, *pro se*, by its Executive Vice-President, Alan Doran, would like the opportunity to receive the motion, review it and make a determination whether it/he should seek the assistance of legal counsel before responding.

3. The parties will also explore avenues to settle the matter making further litigation unnecessary.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1    WHEREFORE, the parties Jointly Stipulate and petition this Court to grant their

2    joint request to continue this matter for thirty days, or until August 26, 2013.

3    DATED this 24th day of July, 2013.

4                                                  Respectfully submitted,

5                                                  DANIEL G. BOGDEN
                                                   United States Attorney
6

7                                                  /s/ Michael A. Humphreys
                                                   MICHAEL A. HUMPHREYS
8                                                  Assistant United States Attorney

9
                                                   ENTITLE INSURANCE COMPANY
10

11                                                 _____

12                                                 Alan M. Doran
                                                   Executive Vice President
13                                                 281 Tresser Blvd.
                                                   Stamford, CT  06901
14
     IT IS ORDERED the Hearing on Motion Re Preliminary Order of Forfeiture filed by Alan
15   M. Doran [195] is continued to MONDAY, AUGUST 26, 2013, at 10:30 a.m. in
     Courtroom 7C.
16

17                                                 _____

18                                                 UNITED STATES DISTRICT JUDGE

19                                                 DATED: July 25, 2013.   _____

20

21

22

23

24

25

26                                    3

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Stipulation for a Continuance  by sending a copy of same via email and regular mail, addressed to the following addressee, on this 24th day of July, 2013.

Alan M. Doran
Executive Vice President
Entitle Direct Group, Inc.
281 Tresser Boulevard
Stamford, CT 06901
Email: alan.doran@entitledirect.com

/s/Michelle Lewis
MICHELLE C. LEWIS
Paralegal Specialist

4