**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-286-PMP-(GWF) |
| | ) | |
| KAREN TAPPERT, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On July 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A) based upon the plea of guilty by defendant KAREN TAPPERT to the criminal offenses, forfeiting the property set forth in the Plea Memorandum, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant KAREN TAPPERT pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 49; Change of Plea, ECF No. 74; Plea Memorandum, ECF No. 75; Preliminary Order of Forfeiture, ECF No. 76; Final Order of Forfeiture, ECF No. 144.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 27, 2011, through August 25, 2011, notifying all potential third parties and notified known

1  third parties by personal service or by regular mail and certified mail return receipt requested, of their
2  right to petition the Court. Notice of Filing Proof of Publication, ECF No. 82; Notice of Filing Service
3  of Process, ECF Nos. 183-189, 194, 224-225.

4        On October 18, 2012, Timothy J. Mayopoulos, President and Chief Executive Officer, Federal
5  National Mortgage Association, c/o Office of the Secretary of the Corporation, was served with a copy
6  of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt
7  requested. Notice of Filing Service of Process, ECF No. 183, p. 2-20.

8        On May 4, 2012, Aurora Loan Services, c/o CSC Services of Nevada, Inc., Registered Agent,
9  was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing
10 Service of Process, ECF No. 184, p. 1-8.

11       On April 12, 2012, CSC Services of Nevada, Inc., Registered Agent for Aurora Loan
12 Services, LLC, was personally served with a copy of the Preliminary Order of Forfeiture and Notice.
13 Notice of Filing Service of Process, ECF No. 184, p. 9-16.

14       On April 6, 2012, Aurora Loan Services, LLC, c/o Ted Januilis, CEO, was served with a copy
15 of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt
16 requested. Notice of Filing Service of Process, ECF No. 184, p. 17-35.

17       On April 6, 2012, Aurora Loan Services, LLC, c/o Executive Communications Department,
18 was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified
19 mail return receipt requested. Notice of Filing Service of Process, ECF No. 184, p. 36-54.

20       On April 6, 2012, Bank of New York Mellon, c/o Gerald Hassell, CEO, was served with a
21 copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return
22 receipt requested. Notice of Filing Service of Process, ECF No. 184, p. 55-63 and ECF No. 185, p. 1-
23 10.

24       On April 6, 2012, Bank of New York Mellon, c/o Joe Carley, Director of Corporate Security,
25 was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified
26 mail return receipt requested. Notice of Filing Service of Process, ECF No. 185, p. 11-29.

1  On April 12, 2012, BNY Mellon Wealth Management, Registered Agent for Bank of New York Mellon, was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 185, p. 30-37.

On April 6, 2012, CitiMortgage, Inc., c/o Sanjiv Das, President, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 185, p. 38-46 and ECF No. 186, p. 1-10.

On April 6, 2012, CitiMortgage, Inc., c/o Legal Department, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 186, p. 11-29.

On April 10, 2012, The Corporation Trust Company of Nevada, Registered Agent for CitiMortgage, Inc., was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. ECF No. 186, p. 30-37.

On April 10, 2012, The Corporation Trust Company of Nevada, Registered Agent for Deutsche Bank Insurance Agency, Inc., was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 186, p. 38-45.

On April 6, 2012, Deutsche Bank Insurance Company, Inc., was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 186, p. 46-59.

On April 6, 2012, Federal National Mortgage Association, c/o Kirk Bockhoven, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 187, p. 1-19.

On April 6, 2012, Federal National Mortgage Association, c/o Legal Department, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 187, p. 20-33.

. . .

. . .

On April 6, 2012, HSBC Bank USA, NA, c/o Michael Brook, President, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 188, p. 1-19.

On April 6, 2012, HSBC Bank USA, NA, c/o General Counsel, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 188, p. 20-38.

On April 10, 2012, The Corporation Trust Company of Nevada, Registered Agent for HSBC Bank USA, NA, was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 188, p. 39-47.

On April 6, 2012, Merrill Lynch Home Loans, c/o Legal Department, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 189, p. 1-19.

On April 6, 2012, Merrill Lynch Home Loans, c/o David Bench, President, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 189, p. 20-38.

On April 10, 2012, The Corporation Trust Company of Nevada, Registered Agent for Merrill Lynch Home Loans, was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 189, p. 39-46.

On April 6, 2012, ReCon Trust Company, c/o Greg Markarian, President, was served with a copy of the Preliminary Order of Forfeiture and Notice by regular mail and certified mail return receipt requested. Notice of Filing Service of Process, ECF No. 189, p. 47-65.

On April 5, 2012, ReCon Trust Company, c/o Legal Department, was served with a copy of the Preliminary Order of Forfeiture and Notice by facsimile. Notice of Filing Service of Process, ECF No. 189, p. 66-74.

. . .

. . .

On March 22, 2013, Tim Dwyer, President EnTitle Direct Group, was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 194, p. 2-9.

On July 1, 2014, United States Corporation Agents, Inc., Registered Agent for Panic Room Productions and Studio, Inc., was personally served with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 224, p. 2-10.

On June 20, 2014, Janice S. McClinton, President, Panic Room Productions and Studios, was served by regular mail with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 225, p. 2, 4-12 , 16-18.

On June 20, 2014, Janice S. McClinton, was served by regular mail and certified return receipt mail a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 225 p. 2, 5-15.

On April 10, 2013, Entitle Insurance Company filed a Petition for Hearing Pursuant to Preliminary Order of Forfeiture. Petition for Hearing Pursuant to Preliminary Order of Forfeiture, ECF No. 195.

On July 22, 2013, the United States filed a Motion to Dismiss the Third-Party Claim of Entitle Insurance Company. Motion to Dismiss the Third-Party Claim of Entitle Insurance Company, ECF No. 205.

On February 7, 2014, the United States filed a Motion to Withdraw Its Motion to Dismiss Without Prejudice regarding Entitle Insurance Company. Motion to Withdraw Its Motion to Dismiss Without Prejudice, ECF No. 222.

On February 7, 2014, the Court granted the United States Motion to Withdraw Its Motion to Dismiss Without Prejudice. Order, ECF No. 223.

On August 28, 2014, the United States filed a Settlement Agreement for Entry of Forfeiture as to Entitle Insurance Company and Order. Settlement Agreement for Entry of Forfeiture as to Entitle Insurance Company and Order, ECF No. 226.

On August 28, 2014, the Court granted the Settlement Agreement for Entry of Forfeiture as to Entitle Insurance Company and Order. Settlement Agreement for Entry of Forfeiture as to Entitle Insurance Company and Order, ECF No. 227.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    A.    The assets seized from 24/7 Private Vaults, 3110 E. Sunset Road, Las Vegas, Nevada 89120 Vault #0055 on July 7, 2010:

        a) $135,000.00 in United States Currency;

        b) 2,525,000 Iraqi Dinars; and

        c) Collectable Coins itemized as follows:

            i) Eighteen (18) Silver Dollars;

            ii) Three (3) Indian Head Pennies years 1901, 1903, and 1907; and

            iii) Two (2) Nickels years 1926 and 1937;

    B.    $11,657.95 in United States Currency seized from Karen L. Tappert on June 29, 2010, at the time of her arrest;

. . .

. . .

  C. $8,500.00 in United States Currency turned over on September 29, 2010, to the Federal Bureau of Investigation by Anis Abi Zeid who was holding cash for Karen L. Tappert;

  D. 2005 Black Mercedes Benz Coupe bearing California license plate 6LOV031, VIN WDBTK75JX5F132543 seized on September 16, 2010;

  E. Three Netspend Debit Cards seized on September 22, 2010, itemized list as follows:

    a) Netspend Account #6129295271;

    b) Netspend Account #4266373211;

    c) Netspend Account #7540449876;

  F. $19,171.53 in United States Currency seized from Bank of America Account #26323 69598 in the name Panic Room Productions and Studios, signer: Janice McClinton, on December 6, 2010.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of consistent with the Settlement Agreement for Entry of Order of Forfeiture as to Entitle Insurance Company and Order, docketed as ECF No. 227.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 3rd day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Amended Final Order of Forfeiture on September 3, 2014, by the below identified method of service:

<u>First Class Mail</u>

Karen Tappert
PRO SE
45097-048 P.O. Box 27137
Fort Worth, TX 16127

David Kim
Boss Law Firm
9710 Scranton Rd #300
San Diego, CA 92121
Attorney for Interested Party Alan M. Doran

Alan F. Curley
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Ste. 1700
Chicago, IL 60606
Attorney for Entitle Insurance Company

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal