# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cr-00286-PMP-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KAREN TAPPERT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Karen Tappert's Request for a Warrant (#230), filed on June 5, 2015.

The Defendant has submitted letters to be sent out by the Court, claiming that her facility will not allow her to send mail. The Defendant requests a warrant to retrieve her belongings from the Federal Medical Center, which she claims was seized unlawfully. It also appears the Defendant wishes to file an Habeas Corpus claim. The Defendant's criminal case is closed. *See* Judgment (#147). Should the Defendant wish to commence an action to retrieve her belongings or to complain about her treatment at the hands of the Bureau of Prisons, she may do so by filing a complaint with the appropriate court. Fed. R. Civ. P. 3. The court is "wholly without any jurisdiction to determine the merits of the controversy" when "no action in respect of the matter has ever been commenced or is pending in this court." *In re Market Basket, Inc.*, 122 F.Supp. 321, 322 (W.D. Mo. 1954). Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Request for a Warrant (#230) is **denied**.

**DATED** this 24th day of June, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge